# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMIAH ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-11-305-FHS-KEW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 28, 2013, the United States Magistrate Judge for this District filed Findings and Recommendations in this case affirming the decision of the Administrative Law Judge. An objection was filed to the Findings.

The Findings and Recommendations suggest that the case be **AFFIRMED**. After carefully reviewing the Findings and Recommendations and the objection filed, this Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **AFFIRMED**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be

**SUSTAINED** and adopted by this Court as this Court's Findings and Order.  Accordingly, this case is **AFFIRMED.**

**IT IS SO ORDERED** this 14th day of March, 2013.

Frank H. Seay
United States District Judge